# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAUL CLARK | * | CIVIL ACTION |
| *Plaintiff* | * | NO. 2:18-cv-05076 |
| VERSUS | * | SECTION: "S" |
| JIRI JANDA, WERNER ENTERPRISES, INC. OF NEBRASKA, and ACE AMERICAN INSURANCE COMPANY | * | JUDGE: MARY ANN VIAL LEMMON |
| | * | MAGISTRATE: DANA M. DOUGLAS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the *Motion to Dismiss Counterclaim [R. Doc. 19]* filed by Plaintiff, Paul Clark, through undersigned counsel, is hereby set for submission before the Honorable Mary Ann Vial Lemmon on March 13, 2019 at 2:00 pm.

Respectfully Submitted,

PANDIT LAW FIRM, LLC

BY:    _/s/ Jason M. Baer_____
**JASON M. BAER (# 31609)**
**RAJAN PANDIT (#32215)**
**CASEY C. DEREUS (# 37096)**
**JOSHUA A. STEIN (# 37885)**
701 Poydras Street, Suite 3950
New Orleans, LA 70139
Telephone: (504) 313-3800
Facsimile: (504) 313-3820
Email: jbaer@panditlaw.com
*Counsel for Plaintiff*

*CERTIFICATE OF SERVICE ON FOLLOWING PAGE*

1

CERTIFICATE OF SERVICE

      I certify that copy of the above and foregoing pleading has been served upon counsel for all parties via CM/ECF Filer System, on this 18th day of February, 2019.

                                          */s/ Jason M. Baer*
                                            JASON M. BAER