UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL CLARK | CIVIL ACTION NO. 2:18-cv-05076 |
| VERSUS | JUDGE:  MARY ANN VIAL LEMMON |
| JIRI JANDA, WERNER ENTERPRISES, INC. OF NEBRASKA, AND ACE AMERICAN INSURANCE COMPANY | MAGISTRATE:  DANA M. DOUGLAS |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Civil Rule 78.1, Plaintiff-in-Counterclaim, Werner Enterprises, Inc., submits this written request for oral argument on Defendant-in-Counterclaim's Motion to Dismiss Counterclaim. Plaintiff-in-Counterclaim requests that this matter be set for hearing and that the parties be afforded the opportunity to present oral arguments and respond to questioning by this Honorable Court.

Respectfully submitted,

*/s/ Guy D. Perrier*_____
**GUY D. PERRIER, #20323**
**DUSTIN L. POCHÉ, #33451**
**PERRIER & LACOSTE, LLC**
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130
Tel:  (504) 212-8820;
Fax:  (504) 212-8825
Email: gperrier@perrierlacoste.com
Email: dpoche@perrierlacoste.com
**ATTORNEYS FOR DEFENDANT,**
**WERNER ENTERPRISES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record through the CM/ECF system this **4th** day of **March, 2019**.

*/s/ Guy D. Perrier*
**GUY D. PERRIER**