UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL CLARK | CIVIL ACTION |
| VERSUS | NO: 18-5076 |
| JIRI JANDA, ET AL | SECTION: "S" (3) |

### ORDER AND REASONS

Before the court is the **Motion for Partial Summary Judgment** filed by defendant, Werner Enterprises, Inc. (Rec. Doc. 21). Counsel for plaintiff has informed the court that he does not oppose the motion. Accordingly,

**IT IS HEREBY ORDERED** that the **Motion for Partial Summary Judgment** filed by defendant, Werner Enterprises, Inc. is **GRANTED** as unopposed, and plaintiff's direct negligence claims against Werner Enterprises, Inc., are hereby **DISMISSED** with prejudice.

New Orleans, Louisiana, this  11th  day of March, 2019.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**