
MINUTE ENTRY
LEMMON, J.
MARCH 13, 2019

JS-10: 00:05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL CLARK                                                CIVIL ACTION

VERSUS                                                    NO. 18-5076

JIRI JANDA ET AL                                          SECTION "S"(3)


JUDGE MARY ANN VIAL LEMMON, PRESIDING


MARCH 13, 2019 AT 2:00 P.M.

CASE MANAGER:         BRAD NEWELL
COURT REPORTER:       NICHELLE DRAKE

APPEARANCES:          RALPH J. AUCOIN, JR., FOR DEFENDANT/COUNTER-
                      CLAIMANT WERNER ENTERPRISES, INC.


**MOTION HEARING**

Court begins at 2:00 p.m.

Counsel for Plaintiff/Counter-Defendant failed to appear.

MOTION to Dismiss Counterclaim (Doc. 22) argued by counsel and taken under submission by the Court.

Matter adjourned at 2:05 p.m.