UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAUL CLARK** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-5076** |
| **JIRI JANDA ET AL.** | **SECTION: "S"** |

## ORDER

**IT IS HEREBY ORDERED** that the hearing to determine counsel scheduled for July 11, 2019 is continued to July 18, 2019 at 2:30 p.m. Failure of plaintiff to appear may result in dismissal of his claims.

New Orleans, Louisiana, this 11th day of July, 2019.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE


Please Serve:
    Mr. Paul Clark
    14771 Beekman Rd.
    New Orleans, LA 70128